31124. COOK *v.* BEUTELL *et al.,* executors.

FELTON, J. Where a motion for new trial was made in the civil court of Fulton County, which was heard during a subsequent term, the trial term was continued as to that case only as to such matters as might properly have been the subject-matter of the motion for new trial; and the court was without jurisdiction at a term subsequent to the trial term to vacate its judgment overruling a motion to strike the defendant's counter-affidavit to a dispossessory warrant as amended, and it was error, after a new trial had been granted, to strike the counter-affidavit as amended. *Scarborough* v. *Bell,* 193 *Ga.* 255 (17 S. E. 2d, 732), *Scarborough* v. *Bell,* 66 *Ga. App.* 320 (17 S. E. 2d, 919), and *Owens* v. *Cocroft,* 14 *Ga. App.* 322 (80 S. E. 906).

The appellate division of the civil court of Fulton County erred in affirming the judgment of the trial court which struck the counter-affidavit as amended.

*Judgment reversed. Sutton, P. J., and Parker, J., concur.*

DECIDED JANUARY 31, 1946.

*R. B. Pullen, John G. Slappey,* for plaintiff in error.
*Claud F. Brackett, Paul L. Lindsay Jr.,* contra.